

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00341-CV

LARRY STEVEN JONES, JR.                                              APPELLANT

V.

MARICEL COMULLO JONES                                                APPELLEE

------------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Larry Steven Jones, Jr. is attempting to appeal from the trial court's ruling granting a protective order against him. Although we informed appellant of our concern that we do not have jurisdiction of the appeal because the order appears to be interlocutory and not appealable, we have not received a response.

---

[1]See Tex. R. App. P. 47.4.

A protective order rendered while a divorce proceeding is pending is not a final judgment that can be appealed, nor is it an appealable interlocutory order. *Kiefer v. Kiefer*, 132 S.W.3d 601, 602 (Tex. App.—Fort Worth 2004, no pet.); *see* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (Vernon 2008). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: December 30, 2010